# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| VALLEY FORGE TOWERS APARTMENTS N, LP; MORGAN PROPERTIES ABRAMS RUN OWNER LP; KBF ASSOCIATES, LP; GULPH MILLS VILLAGE APARTMENTS LP; AND THE LAFAYETTE AT VALLEY FORGE LP | : | No. 771 MAL 2015 |
| | : | |
| | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | : | |
| UPPER MERION AREA SCHOOL DISTRICT AND KEYSTONE REALTY ADVISORS, LLC | : | |
| PETITION OF:  VALLEY FORGE TOWERS APARTMENTS N, LP; MORGAN PROPERTIES ABRAMS RUN OWNER LP; KBF ASSOCIATES, LP | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 26th day of April, 2016, the Petition for Allowance of Appeal is **GRANTED**.  The issue, as stated by Petitioners, is:

> [The School District] deliberately chose commercial properties, such as Petitioners', for selective assessment appeals, but did not appeal assessments of any single-family-home properties, although the latter are significantly underassessed.  The Uniformity Clause of the Pennsylvania Constitution prohibits disuniformity in taxation.  Is a school district's decision to appeal property assessment insulated from review because, *inter alia*, the school district has a statutory right to file appeals and can identify an economic reason for its appeals?